# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144107(15)(16)(18)(19)

ADRIANA LEE, Personal Representative
of the Estate of RUFUS YOUNG, JR.,
         Plaintiff-Appellee,

v

DETROIT MEDICAL CENTER and
CHILDREN'S HOSPITAL OF MICHIGAN,
         Defendants-Appellants.
_____/

SC: 144107
COA: 307164
Wayne CC: 08-104936-NH

     On order of the Court, the motions for immediate consideration are GRANTED. The motion to supplement is GRANTED. The motion for reconsideration of this Court's December 28, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2012

_____
Clerk

d0131